13cmpntc (10/06)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

F I L E D

2/4/10

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re:  Paul Sahner Blank
       Debtor(s)

Case No.: 05–50569–jwv13
Chapter:  13

**TRUSTEE'S NOTICE OF COMPLETION OF CHAPTER 13 PLAN AND GIVING ALL CREDITORS AND INTERESTED PARTIES 30 DAYS TO OBJECT TO THE TRUSTEE CONTINUING THE PROCESS OF CLOSING THIS CASE AS COMPLETED**

   Pursuant to 11 U.S.C. § 1302(b)(1), Richard V. Fink, Trustee, is required to file a final report and account upon the closing of a case. However, the trustee is prohibited from filing the final report and account until all of the trustee's distributions have cleared the trustee's bank. See 11 U.S.C. §347(a). The trustee's office has reviewed the file and records of the above–referenced case; based upon that review it appears that the debtor(s) has paid sufficient funds to the trustee under the terms of the confirmed Chapter 13 plan for the trustee to commence the process of closing this proceeding as a completed case.

   This notice is filed to advise the Court and other interested parties, that based upon the trustee's review: 1) creditors have been treated according to the terms of the confirmed plan and other orders of the Court; 2) the debtor no longer is required to make plan payments to the trustee; and 3) all on–going, postpetition payments being paid through the trustee's office, including any arrearage claim and charges assessed by the creditor, pursuant to 11 U.S.C. § 1322(b)(5) are current as of the date the last on–going, postpetition payment was made by the trustee's office and that the debtor, rather than the trustee, now is responsible for making those on–going payments to creditors.

   Any objection to this notice and the assertions herein must be filed with the Clerk of the Bankruptcy Court within 30 days of this notice. Absent any such objections or any such objection being sustained, the trustee will continue the process of closing this case as completed. After all the trustee's distributions have cleared the trustee's bank, the trustee will file a final report and account.

   The Clerk of the United States Bankruptcy Court will serve this notice through the Bankruptcy Noticing Center on all creditors and interested parties either electronically or by mail. Any objection to this notice must be filed with the Clerk of the Court. Documents can be filed electronically at https://ecf.mow.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 trustee and all other parties to the case who have registered for electronic filing in this case. If debtor's counsel or any other party to whom you believe a response should by served are not registered for electronic filing, you must serve your response on them by mail. If you received this notice via fax, email, or EDI, it may not be docketed with the United States Bankruptcy Court for 1–3 business days. If a response is filed timely, the court will either rule the matter based on the pleadings or set the matter for hearing. If a hearing is set, notice of such hearing will be sent to the appropriate parties. If you have any questions regarding this document, contact your attorney.

Dated: 2/4/10

/s/ Richard V. Fink, Trustee

_____
Richard V. Fink, Trustee
818 Grand Blvd., #800
Kansas City, MO 64106–1901
816–842–1031

# CERTIFICATE OF NOTICE

```
District/off: 0866-5           User: kostrowr               Page 1 of 1                  Date Rcvd: Feb 04, 2010
Case: 05-50569                 Form ID: 13cmpntc            Total Noticed: 27
```

The following entities were noticed by first class mail on Feb 06, 2010.
```
db         +Paul Sahner Blank,   6904 N. Overland Drive,   Kansas City, MO 64151-1729
11229369   +Betsie Czeschin,   8015 Shawnee Mission Prky Suite 200,   PO Box 187,
             Shawnee Mission KS 66201-0187
11229370   +Gina Blank,   6904 North Overland Drive,   Kansas City MO 64151-1729
11229371   +John Newberry,   1919 Buchanan,   Kansas City MO 64116-3404
11229372   +Kansas Counselors,   8725 Rosehill Dr,   Lenexa KS 66215-4610
11229373   +Law Offices of Brian Costello,   7211 NW 83rd Ste 150,   Kansas City MO 64152-6082
11229374   +Metro Emergency Physicians,   PO Box 78009,   Saint Louis MO 63178-8009
11229375    NCO Financial,   PO Box 41457 Dept 99,   Philadelphia PA 19101-0000
11229377   +Northwest MO Emergency Physicians,   PO Box 667,   Saint Joseph MO 64502-0667
11865391   +Paul Blank,   6904 N. Overland Drive,   Kansas City MO 64151-1729
11229378   +Platte County Collector,   415 3rd St Suite 410,   Platte City MO 64079-8476
11229379   +Progressive Insurance,   Bankruptcy Dept,   6300 Wilson Mills Road,
             Mayfield Village OH 44143-2109
11229380    Providian,   PO Box 660548,   Dallas TX 75266-0548
11267766   +Saint Luke's Northland Hospital,   Garrison Czeschin LLC,   8015 Shawnee Mission Parkway, Ste 200,
             Merriam, KS 66202-2956
11263746   +Select Portfolio Servicing, Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
11229381   +Select Profilo Security,   PO Box 65250,   Salt Lake City UT 84165-0250
11229382   +St Lukes Northland,   5830 NW Barry Road,   Kansas City MO 64154-2778
11229383   +Target,   3901 w. 53rd St,   Sioux Falls SD 57106-4221
11245216   +Target National Bank (fka Retailers National Bank),   TARGET,   c/o Weinstein & Riley, P.S.,
             2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
11229384   +Timothy A McNearney,   11350 Tomahawk Creek Pkwy #100,   Leawood KS 66211-2617
11270148   +Wells Fargo Financial Acceptance,   PO Box 28724,   Kansas City, MO 64188-8724
11229385   +Willshire Mortgage Co.,   PO Box 650314,   Dallas TX 75265
11229376   +northwest Financial Svc,   PO Box 285,   Saint Joseph MO 64502-0285
```

The following entities were noticed by electronic transmission on Feb 04, 2010.
```
11953022   +E-mail/PDF: BNCEmails@blinellc.com Feb 04 2010 23:48:53     B-FIRST, L.L.C.,   MAIL STOP 550,
             2101 FOURTH AVENUE, SUITE 1030,   SEATTLE, WA 98121-2317
11451512    E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
             P.O. Box 10587,   Greenville, SC 29603-0587
11419316   +E-mail/Text: ecfnotices@dor.mo.gov                            Missouri Department of Revenue,
             P O Box 475,   Jefferson City, MO 65105-0475
11430671    E-mail/Text: WCCEBMB@WIN.ML.COM                            Wilshire Credit Corp.,   PO Box 8517,
             Portland, OR 97207-8517
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:** *Joseph Speetjens*